IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA L. HUGHES and LEO J. HUGHES, JR., her husband, | : | Civil Action No. 02-377 |
| Plaintiffs, | : | Judge Gary L. Lancaster |
| v. | : | |
| PERRIGO COMPANY, a Michigan corporation, | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, to wit, this __14th__ day of ~~April~~ July, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Motion to Compel is granted and defendant is Ordered to reimburse plaintiffs for fees associated with time spent by Dr. Feldmann in preparation for defendant's deposition

BY THE COURT:

_____, J.