IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA L. HUGHES and LEO J. HUGHES, JR., her husband, | Civil Action No. 02-377 |
| Plaintiffs, | Judge Gary L. Lancaster |
| v. | |
| PERRIGO COMPANY, a Michigan corporation, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties, through their counsel, hereby stipulate and agree that the within action be dismissed with prejudice.

Consented to:

By _____
Alan H. Perer, Esquire
Counsel for Plaintiffs

SO ORDERED, this 6th day of October, 2006.

By _____
Clem C. Trischler, Esquire
Counsel for Defendant

_____
Gary L. Lancaster, U.S. District Judge